| AO-10 (WP)<br>Rev 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>**Nomination Report** | *Report Required by the Ethics*<br>*in Government Act of 1978,*<br>*(5 U.S.C. App. §§101-111)* |

| 1. **Person Reporting** (*Last name, first, middle initial*)<br>Dow, Jr., Robert M. | 2. **Court or Organization**<br>U.S. District Court, Northern District of Illinois | 3. **Date of Report**<br>July 19, 2007 |
|---|---|---|
| 4. **Title** (*Article III judges indicate active or senior status; magistrate judges indicate full- or part-time*)<br>District Judge Nominee | 5. **Report Type (check appropriate type)**<br>_x_ Nomination, Date 7/18/07<br><br>___ Initial ___ Annual ___ Final | 6. **Reporting Period**<br>1/1/06 to 6/30/07 |
| 7. **Chambers or Office Address**<br>71 South Wacker Drive<br>Chicago, IL 60606 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (*Reporting individual only; see pp. 9-13 of Instructions.*)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] **NONE** (No reportable positions.) | |
| 1 Partner | Mayer, Brown, Rowe & Maw LLP |
| 2 President | Appellate Lawyers Association of Illinois |
| 3 Director | Harvard Law Society of Illinois |

## II. AGREEMENTS. (*Reporting individual only; see pp. 14-16 of Instructions.*)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] **NONE** (No reportable agreements.) | |
| 1 2007 | Mayer, Brown, Rowe & Maw Partnership Capital Account – amount net of loan to be returned upon resignation from partnership and prior to any service as a judge |
| 2 2007 | Mayer, Brown, Rowe & Maw Cash Balance Plan – amount to be returned upon resignation from partnership and prior to any service as a judge – retirement plan to be rolled over into private retirement account |

## III. NON-INVESTMENT INCOME. (*Reporting individual and spouse; see pp. 17-24 of Instructions.*)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| [ ] **NONE** (No reportable non-investment income.) | | |
| 1 2005 | Mayer, Brown, Rowe & Maw LLP | $ 461,852 |
| 2006 | Mayer, Brown, Rowe & Maw LLP | $ 529,133 |
| 3 2007 | Mayer, Brown, Rowe & Maw LLP | $ 339,668 |

**B. Spouse's Non-Investment Income -** If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [ ] **NONE** (No reportable non-investment income.) | | |
| 1 2006 | Bailey & Glasser LLP – contract legal work; Joliet Junior College – teaching salary | |
| 2 2007 | Bailey & Glasser LLP – contract legal work; June, Prodehl & Renzi LLP – contract legal work; Joliet Junior College – teaching salary | |

CHDB04 13381301.1 19-Jul-07 15:23

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| | EXEMPT |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| | EXEMPT | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities.) | | |
| Northern Trust Bank | Equity line of credit | L |

CHDB04 13381301.1 19-Jul-07 15:23

# VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions _(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)_

| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | GCG 529 Plan #2 | | | | | | | | | |
| 18 | -- American Funds Capital World G/I 529A | | None | J | T | | | | | |
| 19 | -- American Funds Growth Fund of America 529A | | None | J | T | | | | | |
| 20 | GCG 529 Plan #3 | | | | | | | | | |
| 21 | -- New Perspective Fund 529A | | None | J | T | | | | | |
| 22 | -- American Funds Fundamental Investors 529A | | None | J | T | | | | | |
| 23 | Podesta HSA Account | | | | | | | | | |
| 24 | -- I Shares Dow Jones Select Dividend Index Fund | | None | J | T | | | | | |
| 25 | -- I Shares TR S&P 500 Index Fund | | None | J | T | | | | | |
| 26 | First Community Bank Common Stock | | None | J | T | | | | | |
| 27 | Sauk Valley Community Bank Common Stock | A | Dividend | J | T | | | | | |
| 28 | MSJI, Inc. Common Stock | | None | J | T | | | | | |
| 29 | Mayer, Brown, Rowe & Maw LLP Partnership Capital Account | C | Interest | M | T | | | | | |
| 30 | Mayer, Brown, Rowe & Maw LLP Cash Balance Retirement Plan | C | Dividend | M | T | | | | | |
| 31 | Minnesota Life: Variable Adjustable Life Insurance (spouse) | | None | J | T | | | | | |
| 32 | Travelers: Variable Life Policy | | None | J | T | | | | | |
| 33 | Northwestern Mutual Life Policy (spouse) | | None | J | T | | | | | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

|  | NONE (No reportable income, assets, or transactions) |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Hoskins Group LP -- wife's family investment partnership |  |  |  |  |  |  |  |  |
| 35 | -- Financial Square Trust PrimeObligation FD Admin CL Fund 463 (Principal) | D | Interest | M | T |  |  |  |  |
| 36 | -- Buffalo Jayhawk China Fund |  | None | C | T |  |  |  |  |
| 37 | -- Alcoa Incorporated (AA) | A | Dividend | J | T |  |  |  |  |
| 38 | -- Allstate Corp. (ALL) | A | Dividend | J | T |  |  |  |  |
| 39 | -- Amgen, Inc. (AMGN) |  | None | J | T |  |  |  |  |
| 40 | -- Applied Materials, Inc. (AMAT) | A | Dividend | J | T |  |  |  |  |
| 41 | -- Archer Daniels Midland (ADM) | A | Dividend | J | T |  |  |  |  |
| 42 | -- BP PLC ADR (BP) | A | Dividend | J | T |  |  |  |  |
| 43 | -- Chevron Corp. (CVX) | A | Dividend | J | T |  |  |  |  |
| 44 | -- Cincinnati Financial Corp (CINF) | A | Dividend | J | T |  |  |  |  |
| 45 | -- Citigroup Inc. (C) | A | Dividend | J | T |  |  |  |  |
| 46 | -- Friedman Billings Ramsey A (FBR) | A | Dividend | J | T |  |  |  |  |
| 47 | -- General Electric Co. (GE) | A | Dividend | J | T |  |  |  |  |
| 48 | -- Glaxo SmithKline Sponsored PLC ADR (GSK) | A | Dividend | J | T |  |  |  |  |
| 49 | -- Grant Prideco, Inc. -- W/I (GRP) |  | None | J | T |  |  |  |  |
| 50 | -- Intel Corp. (INTC) | A | Dividend | J | T |  |  |  |  |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | --Kinder Morgan Energy Partners Limited Partnership Interest (KMP) | B | Dividend | K | T | | | | | |
| 52 | -- Lilly Eli & Co. (LLY) | A | Dividend | J | T | | | | | |
| 53 | -- Mentor Corp./Minn. (MNT) | A | Dividend | J | T | | | | | |
| 54 | -- Modine Manufacturing Co. (MOD) | A | Dividend | J | T | | | | | |
| 55 | -- Newmont Mining Corp. | A | Dividend | J | T | | | | | |
| 56 | -- Pitney Bowes, Inc. (PBI) | A | Dividend | J | T | | | | | |
| 57 | -- Schlumberger, Ltd. (SLB) | A | Dividend | J | T | | | | | |
| 58 | -- United Technologies Corp. (UTX) | A | Dividend | J | T | | | | | |
| 59 | -- Veeco Instrs, Inc. Del (VECO) | | None | J | T | | | | | |
| 60 | --Johnson and Johnson (JNJ) | | None | J | T | | | | | |
| 61 | | | | | | | | | | |
| 62 | | | | | | | | | | |
| 63 | | | | | | | | | | |
| 64 | | | | | | | | | | |
| 65 | | | | | | | | | | |
| 66 | | | | | | | | | | |
| 67 | | | | | | | | | | |